IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SCHAEFFER MFG. CO.,                     )
                                        )
        Plaintiff,                      )
                                        )
vs.                                     )        Cause No: 4:24-cv-01656-JAR
                                        )
JAMES D. JOHNSON,                       )
                                        )
        Defendant.                      )
                                        )

**JOINT NOTIFICATION OF SETTLEMENT**

Pursuant to the Court's requirements, Plaintiff Schaeffer Mfg. Co. and Defendant

James D. Johnson hereby submit this joint notification of settlement. The Parties state that

they have reached a preliminary agreement to settle all claims and counterclaims in the

underlying action and anticipate needing 30 days to finalize the settlement.

1

Dated: July 13, 2026

By:  */s/ Thomas E. Manns (with consent)*
    Thomas E. Manns, 26804MO
    Thomas E. Manns, P.C.
    7777 Bonhomme Ave. Ste. 1300
    St. Louis, Missouri 63105
    tom@mannslawoffice.com
    (314) 726-6400
    (314) 721-1698 fax


By:  */s/ Hugh A. Eastwood (with consent)*
    Hugh A. Eastwood, 62058MO
    8112 Maryland Ave., Suite 400
    St. Louis, Missouri 63105-3700
    hugh@eastwoodlawstl.com
    (314) 809-2343
    (314) 228-0107 eFax

ATTORNEYS FOR DEFENDANT
JAMES D. JOHNSON

ARMSTRONG TEASDALE LLP

By:  */s/ Samra Cordic*
    F. Scott Galt          #56548MO
    Ida S. Shafaie       #66220MO
    Samra Cordic       #74614MO
    7700 Forsyth Blvd., Suite 1800
    St. Louis, Missouri 63105
    314.621.5070
    314.621.5065 (facsimile)
    sgalt@atllp.com
    ishafaie@atllp.com
    scordic@atllp.com

ATTORNEYS FOR PLAINTIFF
SCHAEFFER MFG. CO.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was sent via the courts electronic filing system on this 13th day of July, 2026.

*/s/ Samra Cordic*